SOCIÉTÉ ANONYME DE LA DISTILLERIE DE LA LIQUEUR BENEDIC-
TINE DE L'ABBAYE DE FECAMP v. PUZIELLO et al.

(District Court, E. D. New York. May 16, 1918.)

TRADE-MARKS AND TRADE-NAMES ⬲16—SUBJECTS OF TRADE-MARK—PACKAGE
OR CONTAINER.

> The shape and appearance of a package or container cannot be made the
> subject of a trade-mark.

In Equity. Suit by Société Anonyme de la Distillerie de la Liqueur
Benedictine de L'Abbaye de Fecamp against Giovanni Puziello, Ra-
faele Puziello, and Antonio Luccaro, copartners trading as Puziello,
Luccaro & Co. Decree for complainant.

Gantz & Tucker, of New York City (George W. Tucker, Jr., of New
York City, of counsel), for plaintiff.

Sol L. Youngentob, of New York City, for defendants.

CHATFIELD, District Judge. The charge of infringement of
trade-mark No. 95,488 has not been made out, and the plaintiff does
not sufficiently prove validity of trade-mark No. 60,241, which states
that the design of the trade-mark is applied by putting the goods in a
bottle of that design.

The statute of February 20, 1905, allowing the registration of a
trade-mark in use for more than 10 years, does not alter the fundamen-
tal proposition, that a trade-mark is a design or mark rather than a
container or package. Thaddeus Davids Co. v. Davids et al., 178 Fed.
801, 102 C. C. A. 249; Hughes v. Alfred H. Smith Co., 209 Fed. 37,
126 C. C. A. 179. Resemblance in package or wrapping would not con-
stitute the infringement of a trade-mark. Philadelphia Novelty Mfg.
Co. v. Rouss (C. C.) 40 Fed. 585.

Under the former trade-mark law, the shape and appearance of a
package or wrapping could not be made the subject of a trade-mark,
as distinguished from a design which of itself made up the mark.
Fleischmann v. Starkey (C. C.) 25 Fed. 127; Adams v. Heisel (C. C.)
31 Fed. 279; Enoch Morgan's Sons Co. v. Troxell, 89 N. Y. 292, 42
Am. Rep. 294; Pillsbury v. Pillsbury-Washburn Flour Mills Co., 64
Fed. 841, 12 C. C. A. 432; National Biscuit Co. v. Baker (C. C.) 95
Fed. 135; United States Tobacco Co. v. McGreenery (C. C.) 144 Fed.
531; Coca-Cola Co. v. Glee-Nol Bottling Co., 221 Fed. 61, 137 C. C. A.
83.

The plaintiff may have a decree on the ground of unfair competition.

⬲For other cases see same topic & KEY-NUMBER in all Key-Numbered Digests & Indexes